IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DSM DESOTECH, INC., and
DSM I.P. ASSETS B.V.,

        Plaintiffs,

v.

MOMENTIVE SPECIALTY CHEMICALS INC.
and MOMENTIVE UV COATINGS
(SHANGHAI) CO., LTD.,

        Defendants.

Civil Action No.: 2:15-cv-00070
District Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

## ORDER EXTENDING DISCOVERY DEADLINES

This matter came before the Court upon joint motion of the Parties to extend the time in which the Parties are required to exchange the discovery described in S.D. Ohio Pat. R. 105.2(a) and S.D. Ohio Pat. R. 105.2(b).

For good cause shown, the Parties' JOINT MOTION TO EXTEND DISCOVERY DEADLINES is GRANTED. The deadline for the Parties who are required to exchange the proposed Preliminary Claim Constructions of claim terms or phrases described in S.D. Ohio Pat. R. 105.2(a) shall be extended to and include NOVEMBER 19, 2015. The deadline for the Parties who are required to exchange the proposed constructions for disputed claim terms or phrases described in S.D. Ohio Pat. R. 105.2(b) shall be extended to and include DECEMBER 8, 2015. All other deadlines and dates previously scheduled in this case shall remain unchanged.

Dated: November 6, 2015

_____
U.S. MAGISTRATE JUDGE