UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DSM Desotech, Inc.,** *et al.*,

    **Plaintiffs,**

v.                                                                                  Case No. 2:15–cv–70

**Momentive Specialty**                                **Judge Michael H. Watson**
**Chemicals, Inc.,** *et al.*,                              **Magistrate Judge Deavers**

    **Defendants.**

## ORDER

On November 24, 2015, Magistrate Judge Deavers issued a report and recommendation ("R&R") regarding Momentive UV Coatings (Shanghai) Co., Ltd.'s ("MUV") motion to dismiss for lack of personal jurisdiction, Plaintiffs' motion for leave to conduct jurisdictional discovery, and MUV's motion to stay discovery. R&R, ECF No. 38. Magistrate Judge Deavers recommended that MUV's motion to dismiss be denied without prejudice to renewal following jurisdictional discovery, that Plaintiffs' motion for leave to conduct jurisdictional discovery be granted, and that MUV's motion to stay be denied. *Id.* at 22–23. Magistrate Judge Deavers further recommended that the Court set February 29, 2016 as the deadline for completion of jurisdictional discovery and March 15, 2016 as the deadline for MUV to file a renewed motion to dismiss. *Id.*

Magistrate Judge Deavers notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 23. She also specifically

advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. MUV's motion to dismiss, ECF No. 18, is **DENIED WITHOUT PREJUDICE** to renewal following jurisdictional discovery. Plaintiffs' motion for leave to conduct jurisdictional discovery, ECF No. 23, is **GRANTED**. MUV's motion to stay, ECF No. 30, is **DENIED**. Additionally, discovery on the issue of personal jurisdiction must be completed by **February 29, 2016**, and MUV may file a renewed motion to dismiss by **March 15, 2016**.

IT IS SO ORDERED.

/s/ Michael H. Watson
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**